UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CARTER,<br><br>        Plaintiff,<br><br>   v.<br><br>EAST BAY PUBLISHING LLC, et al.,<br><br>        Defendants. | Case No.3:19-cv-00216-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 8 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for May 15, 2019 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due May 6, 2019 by 5:00 PM.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 17, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By: _____
                                              William Noble, Deputy Clerk to the
                                              Honorable JON S. TIGAR
                                              415-522-2036