| | |
|---|---|
| 1 | Michael L. Mallow (SBN 188745) |
| 2 | mmallow@shb.com |
| | SHOOK, HARDY & BACON L.L.P. |
| 3 | 2049 Century Park East, Suite 3000 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: (816) 474-6550 |
| | Facsimile: (816) 421-5547 |

*Attorney for Defendants Bay Area News Group-East Bay LLC and MediaNews Group Inc.*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         treyda@burosr.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr. Ste. 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY CARTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAST BAY PUBLISHING LLC, BAY AREA NEWS GROUP EAST BAY, LLC, MEDIANEWS GROUP INC. d/b/a DIGITAL FIRST MEDIA, and LOCALIS, LLC,<br><br>Defendants. | Case No. 3:19-cv-00216-JST<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE JOINT CONFERENCE MANAGEMENT STATEMENT PURSUANT TO L.R. 6-2 |

---

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE JOINT CONFERENCE
MANAGEMENT STATEMENT PURSUANT TO L.R. 6-2
CASE NO. 3:19-cv-00216-JST

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED that the parties have an additional fourteen (14) days to file their Joint Case Management Conference Statement and that the Case Management Conference be rescheduled to May 29, 2019.

SO ORDERED.

Dated: May 7, 2019



HON. JON S. TIGAR
United States District Court Judge

[PROPOSED] [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE JOINT CONFERENCE MANAGEMENT STATEMENT PURSUANT TO L.R. 6-2
CASE NO. 3:19-cv-00216-JST

1