UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CARTER,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>BAY AREA NEWS GROUP EAST BAY, LLC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-00216-JST<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 48 |

　　Pursuant to the Order Granting Motion to Dismiss with Prejudice, signed on September 16, 2019, Judgment is hereby entered.

Dated: September 16, 2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Doug Merry
　　　　　　　　　　　　　　　　　　　　Deputy Clerk